AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MASSACHUSETTS_____

USA
v.
O'Connor

APPEARANCE

Case Number: 04-CR-10296-DPW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Joseph O'Connor

I certify that I am admitted to practice in this court.

October 6 2004
Date

Signature

Daniel W. O'Malley    547483
Print Name            Bar Number

4 Longfellow Place - 35th Floor
Address

Boston           MA           02114
City             State        Zip Code

(617)227-2800              (617)973-1562
Phone Number               Fax Number

UNITED STATES DISTRICT COURT

FILED IN OPEN COURT

DATE  10-6-04

N. Russo
Deputy Clerk