# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                        CRIMINAL NO. 2004-10296-DPW

JOSEPH O'CONNOR,
      Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

9/24/2004 - Indictment returned.

10/6/2004 - Initial Appearance/Arraignment

10/7 - 11/2/2004 - Excluded as per L.R. 112.2(A)(2)

11/18/2004 - Conference held.

11/19 - 12/21/2004 - Continuance granted so that the defendants' counsel may review the Government's discovery. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of December 21, 2004, FIFTEEN (15) non-excludable days will have occurred leaving FIFTY-FIVE (55) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

November 22, 2004.