# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

       v.                            CRIMINAL NO. 2004-10296-DPW

JOSEPH O'CONNOR,
          Defendant.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

An Initial Status Conference was held on November 18, 2004; counsel for the defendant was present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    No.

(2)    No experts will be called at trial.

(3)    No.

(4)   No motions will be filed.

(5)   *See* Order of Excludable Delay entered this date.

(6)   It is unknown whether a trial will be necessary; a trial would take five (5) trial days.

(7)   The Final Status Conference is set for **Wednesday, December 22, 2004 at 2:15 P.M.**

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)   *See* ¶¶ (1)-(4), *supra*.

(2)   It does not.

(3)   None.

(4)   *See* Order of Excludable Delay entered this date.

(5)   Not applicable.

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

November 22, 2004.