UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 04-10296-DPW |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. §371 |
| JOSEPH O'CONNOR, | ) | (Conspiracy) |
| | ) | |
| Defendant. | ) | |

PARTIES' JOINT MEMORANDUM

Pursuant to the Court's November 22, 2004 Order and Local Rule 116.5(C), the parties jointly state as follows:

1.   On December 20, 2004 defense counsel informed the government that he would be requesting some additional discovery relating to loss calculation.  The government has requested that the defendant proceed by way of letter request pursuant to Local Rule 116.3 and at this time does not anticipate that the matter will require resolution by the Court.  There are no other discovery issues to be presented or resolved by the Court.

2.   Neither party anticipates providing additional discovery as a result of its future receipt of information, documents, or reports of examinations or tests.

3.   The defendant does not intend to raise a defense of insanity or public authority.

4.   The government has not requested notice of alibi by the defendant.

5.   The defendant has not filed any motion to sever, dismiss, or suppress, and does not intend to file any such motion with the possible exception of a motion to strike as surplusage the government's Notice of Additional Factors.

6.   No schedule need be set concerning any matter in the case other than trial.

7.   The parties have not discussed the possibility of an early resolution of the case without trial.  It appears at this time that the case will proceed to trial.

8.   The parties believe that the appropriate periods of excludable delay to date have been entered.

9.   The estimated length of trial is four days.


Dated: December 20, 2004

| | |
|---|---|
| UNITED STATES OF AMERICA<br>By its attorney, | JOSEPH O'CONNOR<br>By his attorney, |
| MICHAEL J. SULLIVAN<br>United States Attorney | |
| By: /s/ Lori J. Holik_____<br>    Lori J. Holik<br>    Assistant U.S. Attorney | _____<br>Daniel W. O'Malley<br>4 Longfellow Place - 35th Flr<br>Boston, MA 02114 |