# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

     v.                    CRIMINAL NO. 2004-10296-DPW

JOSEPH O'CONNOR,
        Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    12/22/2004 - Conference held.

    Thus, as of December 22, 2004, FIFTEEN (15) non-excludable days have occurred leaving FORTY-FIVE (45) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                                /s/ Robert B. Collings
                                ROBERT B. COLLINGS
December 22, 2004.         United States Magistrate Judge