UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 04-10296-DPW |
| v. | ) |
| | ) |
| JOSEPH O'CONNOR, | ) |
| Defendant. | ) |

<u>GOVERNMENT'S STATUS REPORT</u>

Pursuant to the Court's December 23, 2004 Order and Local Rule 117.1, the government submits the following status report:

1. The parties have not discussed the possibility of an early resolution of the case without trial. It appears at this time that the case will proceed to trial.

2. The defendant has not filed any motion to sever, dismiss, or suppress, and does not intend to file any such motion with the possible exception of a motion to strike as surplusage the government's Notice of Additional Factors. The government does not believe that a hearing on any such motion would be necessary.

3. The government requests that the Court establish a trial date.

4. The government acknowledges the timing of its disclosure obligations pursuant to Local Rule 116.2(B)(2).

5. The government proposes to furnish statements, as defined by 18 U.S.C. §3500(e) and Fed.R.Crim.P. 26.2(f), no later than twenty one days before the trial

      date established by the Court.

6. The government does not object to compliance with the presumptive timing directives of Local Rule 117.1(A)(8).

7. The government is not aware of any issues concerning excludable delay through December 22, 2004.

                                       By its attorney,

                                       MICHAEL J. SULLIVAN
                                       United States Attorney

                        By:
                                       <u>/s/ Lori J. Holik</u>
                                       Lori J. Holik
                                       Assistant U.S. Attorney
                                       617-748-3161

Dated: December 27, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2004, I caused a copy of the above to be served on defendant's counsel of record by causing same to be faxed to Daniel W. O'Malley, Esq., Denner & O'Malley, 4 Longfellow Place, Boston, MA 02114, fax number 617-973-1562.

                                       <u>/s/ Lori J. Holik</u>
                                       Lori J. Holik
                                       Assistant U.S. Attorney