AO 458 (Rev. 10/95) Appearance 

# UNITED STATES DISTRICT COURT

DISTRICT OF  MA

USA
v

**APPEARANCE**

Case Number: 04-10296-DPW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Joseph O'Connor

I certify that I am admitted to practice in this court.

Date: 12-22-04

12-22-04
Noreen Russ

Signature: [signature]

Print Name: Brad Bailey

Bar Number: 545745

Address: Denner O'Malley, LLP

4 Longfellow Pl, 35th Fl.

City: Boston    State: MA    Zip Code: 02114

Phone Number: 617-227-2800

Fax Number: (617) 973-1562