

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*   John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts  02210

December 29, 2004

Daniel W. O'Malley, Esq.
4 Longfellow Place - 35th Floor
Boston, MA 02114

    Re:  United States v. Joseph O'Connor
          <u>Criminal No. 04-10296-DPW</u>

Dear Mr. O'Malley:

    The following is the written response to your letter dated December 20, 2004, pursuant to Local Rule 116.3(a).

    As we discussed in our telephone conversation of December 28, 2004, the government has previously disclosed the underlying documents from which the charged loss is calculated pursuant to its automatic discovery obligations.  In addition to that disclosure, I have now provided you with an itemization, from the annual recertification documents, of the monthly Assistance Payment made for each of the two subject units during the period February 1, 1990 through May, 2000 (noting that the conspiracy actually commenced in or about February, 1988).

    If you have further questions or comments about the loss calculation, please do not hesitate to contact me.

                               Very truly yours,

                               <u>/s/ Lori J. Holik</u>
                               Lori J. Holik
                               Assistant U.S. Attorney