# DENNER • O'MALLEY, LLP
## COUNSELLORS AT LAW

FOUR LONGFELLOW PLACE, 35TH FLOOR, BOSTON, MA 02114
TELEPHONE: (617) 227-2800
TELEFAX: (617) 973-1562

December 20, 2004

**VIA FACSIMILE (617) 748-3974
and US MAIL**

Lori J. Holik
Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

    Re:    *United States v. Joseph O'Connor*
            *Crim. No. 04-10296-DPW*

Dear Ms. Holik:

    As per my voice message from this morning, we are hereby requesting, pursuant to L.R. 116.3, further discovery from you in the form of loss tables/calculations relevant to the above-referenced case. More specifically, we are requesting from you an itemized break-down of your office's calculations that resulted in the "more than $140,000..." reflected in paragraph five, of Count One, to the indictment returned against our client.

    We appreciate your accommodation in providing us this information, and we thank you for agreeing to waive, as per L.R. 116.3 (j), the forty-two (42) day request period for further discovery as pertaining to this request.

                                        Sincerely,

                                        Brad Bailey
                                        Daniel W. O'Malley

cc:    Ms. Gina Affsa
        Courtroom Clerk to U.S. Magistrate Judge Robert Collings

BB/ka