UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 04-10296-DPW |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. §371 |
| JOSEPH O'CONNOR, | ) | (Conspiracy) |
| | ) | |
| Defendant. | ) | |

NOTICE REGARDING CUSTODY FOLLOWING PLEA

Pursuant to the Court's Order dated January 6, 2005, the government hereby gives notice that there is no statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea, should the Court accept the defendant's change of plea.

Dated: January 26, 2005

By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Lori J. Holik
Lori J. Holik
Assistant U.S. Attorney