

# MEMORANDUM

**To:** The Honorable Douglas P. Woodlock, U.S. District Judge

**From:** Frederick Lawton, U. S. Probation Officer

**Date:** November 27, 2007

**Re:** O'CONNOR, Joseph F.    Dkt.#: 04-CR-10296-001
<u>Recommendation to Terminate Supervision with Outstanding Restitution</u>

On 5/23/05, O'Connor appeared before Your Honor for sentencing, after previously pleading guilty to one count of *Conspiracy to Defraud the United States*. The defendant was sentenced to serve a year and a day in the custody of the U.S. Bureau of Prisons; pay a $100 Special Assessment and $125,264, restitution, jointly and severally; and complete 24 months of supervised release.

On 5/5/06, O'Connor was released from federal custody and began serving the supervisory portion of his sentence in the District of Massachusetts. At present, the defendant, who is 71 years old, supports himself with Social Security retirement. O'Connor consistently has submitted ten percent of his Social Security check toward his outstanding restitution and on 5/8/07, made a lump sum payment of $33,725. As of November 2007, O'Connor's outstanding fine balance is $89,581

At this time, the Probation Office recommends that O'Connor's sentence of supervised release, which is slated to end on 5/6/08, be terminated on schedule, despite the fact that some of the restitution which he was ordered to pay remains outstanding.

If Your Honor concurs with this recommendation, please so indicate below.

_____
Martin G. Flynn
Officer-in-Charge

✓  The defendant may terminate from supervision with outstanding restitution.

___  The defendant may NOT terminate from supervision with outstanding restitution.

_____
Douglas P. Woodlock
U.S. District Judge

NOV 3 0 2007
Date